# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RONALD SATISH EMRIT, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 22-0638 (UNA) |
| MICROSOFT CORPORATION, *et al.*, | : |
| Defendant. | : |

## MEMORANDUM AND ORDER

This Court takes judicial notice of a complaint plaintiff filed in the United States District Court for the Western District of Washington, which is substantially similar to the complaint filed here. *See Emrit v. Microsoft Corp.*, No. 2:22-cv-00274 (W.D. Wash. Mar. 7, 2022). It appears, then, that plaintiff intentionally filed two separate civil actions in two federal district courts against the same defendants raising the same claims. "Considerations of comity and orderly administration of justice dictate that two courts of equal authority should not hear the same case simultaneously." *Washington Metro. Area Transit Auth. v. Ragonese,* 617 F.2d 828, 830 (D.C. Cir. 1980) (citation omitted). Accordingly, it is hereby

ORDERED that plaintiff's application to proceed *in forma pauperis* [2] is DENIED; and it is further

ORDERED that the complaint [1] and this civil action are DISMISSED WITHOUT PREJUDICE.

The Clerk of Court shall TERMINATE this case.

SO ORDERED.

DATE: March 30, 2022

/s/
AMIT P. MEHTA
United States District Judge